# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DAVID LABS | : | CHAPTER 13 |
| CHERYL LABS | : | |
| Debtor | : | NO. 19-16191 |

## CERTIFICATE OF SERVICE

    I, Paul H. Young, Esquire, hereby certify that I am the attorney for the Debtor in the above-captioned matter and that I have sent copies of the First Amended Chapter 13 Plan by regular mail to the addresses indicated below:

                                                     /s/ Paul H. Young
                                                     PAUL H. YOUNG, ESQUIRE
                                                     Attorney for Debtors

Dated: June 9, 2020

Trustee

U.S. Trustee's Office

All creditors on matrix

Debtor