# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| David Labs | | |
| Cheryl Labs | | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 19-16191amc |

## NOTICE

To the debtor, debtor's counsel, trustee, and creditor Independence Place Community Associates;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $1350.00 has been filed in your name Paul H. Young, Esq. on 08/11/2020.

Dated: 08/12/2020

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By: Y. Woods
Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)