| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 19-16191-AMC

David Labs  
Cheryl Labs  
207 Washington Court  
Quakertown  PA   18951

Petition Filed Date: 10/01/2019  
341 Hearing Date: 12/13/2019  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/09/2019 | $235.00 | 6813901866 | 12/26/2019 | $235.00 | 6813901871 | 01/14/2020 | $235.00 | 6813901884 |
| 02/19/2020 | $235.00 | 6813901907 | 03/10/2020 | $235.00 | 6813901917 | 04/15/2020 | $235.00 | 6813901927 |
| 05/06/2020 | $235.00 | 6813901933 | 06/05/2020 | $235.00 | 6813901941 | 07/07/2020 | $235.00 | 6813901949 |
| 08/05/2020 | $300.00 | 6813901967 | | | | | | |

**Total Receipts for the Period: $2,415.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $2,415.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | David Labs | Debtor Refunds | $0.00 | $0.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,415.00 | Current Monthly Payment: | $402.00 |
| Paid to Claims: | $0.00 | Arrearages: | $269.00 |
| Paid to Trustee: | $226.20 | Total Plan Base: | $22,784.00 |
| Funds on Hand: | $2,188.80 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.