Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 19-16191-AMC

David Labs
Cheryl Labs
207 Washington Court
Quakertown PA    18951

Petition Filed Date: 10/01/2019
341 Hearing Date: 12/13/2019
Confirmation Date: 11/18/2020

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 01/14/2020 | $235.00 | 6813901884 | 02/19/2020 | $235.00 | 6813901907 | 03/10/2020 | $235.00 | 6813901917 |
| 04/15/2020 | $235.00 | 6813901927 | 05/06/2020 | $235.00 | 6813901933 | 06/05/2020 | $235.00 | 6813901941 |
| 07/07/2020 | $235.00 | 6813901949 | 08/05/2020 | $300.00 | 6813901967 | 09/09/2020 | $300.00 | 6813901970 |
| 09/16/2020 | $371.00 | 6813901973 | 10/05/2020 | $300.00 | 6813901980 | 11/06/2020 | $340.00 | 6813902002 |
| 12/11/2020 | $340.00 | 6813902024 | 01/20/2021 | $340.00 | 6813902047 | 02/17/2021 | $340.00 | 6813902065 |
| 03/15/2021 | $340.00 | 6813902083 | 03/31/2021 | $340.00 | 6813902093 | 05/26/2021 | $340.00 | 6813902123 |

Total Receipts for the Period: $5,296.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $5,766.00

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | David Labs | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 0 | YOUNG MARR  & ASSOCIATES | Attorney Fees | $3,750.00 | $3,750.00 | $0.00 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 001 | Unsecured Creditors | $23,745.07 | $0.00 | $23,745.07 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 002 | Unsecured Creditors | $1,842.08 | $0.00 | $1,842.08 |
| 3 | BECKET & LEE, LLP<br>»» 003 | Unsecured Creditors | $2,559.69 | $0.00 | $2,559.69 |
| 4 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 004 | Unsecured Creditors | $1,257.91 | $0.00 | $1,257.91 |
| 5 | AFNI INC<br>»» 005 | Unsecured Creditors | $3,239.98 | $0.00 | $3,239.98 |
| 6 | COMMUNITY LOAN SERVICING LLC<br>»» 006 | Mortgage Arrears | $7,388.60 | $647.81 | $6,740.79 |
| 7 | PHFA-HEMAP<br>»» 007 | Mortgage Arrears | $4,400.00 | $385.79 | $4,014.21 |
| 8 | COMMUNITY LOAN SERVICING LLC<br>»» 008 | Mortgage Arrears | $2,113.55 | $185.30 | $1,928.25 |
| 9 | INDEPENDENCE PLACE COMMUNITY<br>ASSOCIATES<br>»» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-16191-AMC**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,766.00 | Current Monthly Payment: | $339.00 |
| Paid to Claims: | $4,968.90 | Arrearages: | $332.00 |
| Paid to Trustee: | $491.10 | Total Plan Base: | $19,658.00 |
| Funds on Hand: | $306.00 | | |

**<u>NOTES:</u>**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
  for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.