### *UNITED STATES BANKRUPTCY COURT*
### *EASTERN DISTRICT OF PENNSYLVANIA*

In Re: David Labs and Cheryl Labs

     Debtor(s)

Case No: 19–16191–amc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor Metropolitan Life Insurance Company Filed by Cheryl Labs, David Labs (related document(s)67).

on: 4/27/22

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  3/23/22

Timothy B. McGrath
Clerk of Court

69 – 68
Form 167