United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-16191-amc |
| David Labs | Chapter 13 |
| Cheryl Labs | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 23, 2022 | Form ID: 167 | Total Noticed: 22 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David Labs, Cheryl Labs, 207 Washington Court, Quakertown, PA 18951-1422 |
| 14409373 | ++ | AR RESOURCES INC, PO BOX 1056, BLUE BELL PA 19422-0287 address filed with court:, Ar Resources Inc, Pob 1056, Blue Bell, PA 19422 |
| 14408586 | + | Aldridge Pite, LLP, Bayview Loan Servicing, c/o Janet M. Spears, 4375 Jutland Dr., Suite 200, P.O. Box 17933 San Diego, CA 92177-7921 |
| 14409376 | + | Fin Recovery, 200 East Park Drive, Mount Laurel, NJ 08054-1297 |
| 14409377 | + | Independence Place Community Associates, 200 Madison Court, Quakertown, PA 18951-1420 |
| 14503277 | + | METROPOLITAN LIFE INSURANCE COMPANY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14503523 | + | Metropolitan Life Insurance, c/o Rebecca Solarz, Esq., 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 14409380 | + | Quality Asset Recovery, 7 Foster Ave, Gibbsboro, NJ 08026-1191 |
| 14435152 | | State Farm Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14409381 | | State Farm Bank, F.s.b, Attn Credit Reporting, Bloomington, IL 61702 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14409373 | | Email/Text: collectors@arresourcesinc.com | Mar 23 2022 23:34:00 | Ar Resources Inc, Pob 1056, Blue Bell, PA 19422 |
| 14583299 | | Email/PDF: bncnotices@becket-lee.com | Mar 23 2022 23:44:36 | Afni, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14409374 | + | Email/Text: bkmailbayview@bayviewloanservicing.com | Mar 23 2022 23:34:00 | Bayview Loan Servicing, 62516 Collection Center Drive, Chicago, IL 60693-0001 |
| 14409375 | + | Email/Text: bnc-capio@quantum3group.com | Mar 23 2022 23:34:00 | Capio Partners Llc, 2222 Texoma Pkwy, Sherman, TX 75090-2481 |
| 14428976 | | Email/PDF: bncnotices@becket-lee.com | Mar 23 2022 23:44:32 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14409378 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 23 2022 23:34:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14549629 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Mar 23 2022 23:34:00 | Metropolitan Life Insurance Company, c/o Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1837 |
| 14437709 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Mar 23 2022 23:34:00 | Metropolitan Life Insurance Company, c/o Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1837 |
| 14429173 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 23 2022 23:34:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14481288 | | Email/Text: blegal@phfa.org | Mar 23 2022 23:34:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |

Case 19-16191-amc   Doc 70   Filed 03/25/22   Entered 03/26/22 00:28:50   Desc Imaged
Certificate of Notice   Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 23, 2022 | Form ID: 167 | Total Noticed: 22 |

| 14427514 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
|---|---|---|---|---|
| | | | Mar 23 2022 23:44:28 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14409379 | + | Email/Text: blegal@phfa.org | | |
| | | | Mar 23 2022 23:34:00 | Pa Housing Finance Age, 2101 N. Front Street, Harrisburg, PA 17110-1086 |
| 14414413 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Mar 23 2022 23:34:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14549628 | | Metropolitan Life Insurance Company, c/o Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor |
| cr | * | Afni, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Mar 25, 2022 | Signature: | /s/Joseph Speetjens |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| PAUL H. YOUNG | on behalf of Joint Debtor Cheryl Labs support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com |
| PAUL H. YOUNG | on behalf of Debtor David Labs support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Metropolitan Life Insurance Company bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Bayview Loan Servicing  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: David Labs and Cheryl Labs
    Debtor(s)

Case No: 19−16191−amc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor Metropolitan Life Insurance Company Filed by Cheryl Labs, David Labs (related document(s)67).

    on: 4/27/22

    at: 11:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 3/23/22

Timothy B. McGrath
Clerk of Court

69 − 68
Form 167