# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Cheryl Labs<br>David Labs<br>Debtor(s) | CHAPTER 13 |
| METROPOLITAN LIFE INSURANCE COMPANY, its successors and/or assigns<br>Movant<br>vs. | NO. 19-16191 AMC |
| Cheryl Labs<br>David Labs<br>Debtor(s) | 11 U.S.C. Section 362 |
| Scott F. Waterman<br>Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Certification of Default of METROPOLITAN LIFE INSURANCE COMPANY, which was filed with the Court on or about March 21, 2022 (document no. 67).

Respectfully submitted,

/s/ Rebecca A. Solarz, Esq.
_____

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322

Dated: 3/31/2022