## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Cheryl Labs<br>David Labs<br>Debtor(s) | CHAPTER 13 |
| Bayview Loan Servicing, LLC as servicer for<br>Metropolitan Life Insurance Company<br>Movant<br>vs. | NO. 19-16191 AMC |
| Cheryl Labs<br>David Labs<br>Debtor(s) | 11 U.S.C. Sections 362 |
| Scott F. Waterman<br>Trustee | |

### ORDER

AND NOW, this          day of                  , 2022 at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on March 21, 2022 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

**Date: May 25, 2022**

_____
United States Bankruptcy Judge.

cc: See attached service list

Cheryl Labs
207 Washington Court
Quakertown, PA 18951

David Labs
207 Washington Court
Quakertown, PA 18951

Paul H. Young, Esq.
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532