Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 19-16191-AMC**

David Labs  
Cheryl Labs  
207 Washington Court  
Quakertown  PA    18951

Petition Filed Date: 10/01/2019  
341 Hearing Date: 12/13/2019  
Confirmation Date: 11/18/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/26/2021 | $340.00 | 6813902123 | 06/18/2021 | $340.00 | 6813902136 | 07/15/2021 | $340.00 | 6813902161 |
| 08/11/2021 | $340.00 | 6813902187 | 09/10/2021 | $340.00 | 6813902206 | 10/07/2021 | $340.00 | 6813902227 |
| 11/30/2021 | $340.00 | 6813902246 | 12/28/2021 | $340.00 | 6813902265 | 02/01/2022 | $340.00 | 6813902298 |
| 03/01/2022 | $340.00 | 6813902321 | 03/23/2022 | $340.00 | 6813902351 | 05/04/2022 | $340.00 | 6813902387 |
| 06/07/2022 | $340.00 | 6813902403 | 07/13/2022 | $340.00 | 6813902425 | 07/27/2022 | $340.00 | 6813902429 |

**Total Receipts for the Period:  $5,100.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $10,526.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | David Labs | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $3,750.00 | $3,750.00 | $0.00 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR »» 001 | Unsecured Creditors | $23,745.07 | $0.00 | $23,745.07 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES »» 002 | Unsecured Creditors | $1,842.08 | $0.00 | $1,842.08 |
| 3 | BECKET & LEE, LLP »» 003 | Unsecured Creditors | $2,559.69 | $0.00 | $2,559.69 |
| 4 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 004 | Unsecured Creditors | $1,257.91 | $0.00 | $1,257.91 |
| 5 | AFNI INC »» 005 | Unsecured Creditors | $3,239.98 | $0.00 | $3,239.98 |
| 6 | COMMUNITY LOAN SERVICING LLC »» 006 | Mortgage Arrears | $7,388.60 | $2,957.15 | $4,431.45 |
| 7 | PHFA-HEMAP »» 007 | Mortgage Arrears | $4,400.00 | $1,761.04 | $2,638.96 |
| 8 | COMMUNITY LOAN SERVICING LLC »» 008 | Mortgage Arrears | $2,113.55 | $845.92 | $1,267.63 |
| 9 | INDEPENDENCE PLACE COMMUNITY ASSOCIATES »» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-16191-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,526.00 | Current Monthly Payment: | $339.00 |
| Paid to Claims: | $9,314.11 | Arrearages: | $318.00 |
| Paid to Trustee: | $899.09 | Total Plan Base: | $19,658.00 |
| Funds on Hand: | $312.80 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.