# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: David Labs                                         CHAPTER 13
      Cheryl Labs

                               Debtor(s)         BKY. NO. 19-16191 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Metropolitan Life Insurance Company and index same on the master mailing list.

                                                     Respectfully submitted,

                                                 **/s/Michael P. Farrington**
                                                 Michael P. Farrington, Esquire
                                                 KML Law Group, P.C.
                                                 701 Market Street, Suite 5000
                                                 Philadelphia, PA 19106-1532
                                                 (215) 627-1322
                                                 mfarrington@kmllawgroup.com