Office Mailing Address:

Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:

Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 19-16191-AMC**

David Labs
Cheryl Labs
207 Washington Court
Quakertown  PA     18951

Petition Filed Date: 10/01/2019
341 Hearing Date: 12/13/2019
Confirmation Date: 11/18/2020

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 08/31/2022 | $340.00 | 6813902451 | 09/28/2022 | $340.00 | 6813902467 | 11/08/2022 | $340.00 | 6813902490 |
| 11/30/2022 | $340.00 | 6813902509 | 01/09/2023 | $340.00 | 6813902532 | 02/08/2023 | $340.00 | 6813902553 |
| 03/07/2023 | $340.00 | 6813902580 | 03/22/2023 | $340.00 | 6813902597 | 05/08/2023 | $340.00 | 6813902642 |
| 06/13/2023 | $340.00 | 6813902680 | 07/05/2023 | $340.00 | 6813902698 | | | |

**Total Receipts for the Period: $3,740.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $14,606.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | David Labs | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 0 | YOUNG MARR  & ASSOCIATES | Attorney Fees | $3,750.00 | $3,750.00 | $0.00 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR »» 001 | Unsecured Creditors | $23,745.07 | $0.00 | $23,745.07 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES »» 002 | Unsecured Creditors | $1,842.08 | $0.00 | $1,842.08 |
| 3 | CAPITAL ONE NA »» 003 | Unsecured Creditors | $2,559.69 | $0.00 | $2,559.69 |
| 4 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 004 | Unsecured Creditors | $1,257.91 | $0.00 | $1,257.91 |
| 5 | AFNI INC »» 005 | Unsecured Creditors | $3,239.98 | $0.00 | $3,239.98 |
| 6 | NEWREZ LLC  D/B/A »» 006 | Mortgage Arrears | $7,388.60 | $4,946.68 | $2,441.92 |
| 7 | PHFA-HEMAP »» 007 | Mortgage Arrears | $4,400.00 | $2,945.81 | $1,454.19 |
| 8 | NEWREZ LLC  D/B/A »» 008 | Mortgage Arrears | $2,113.55 | $1,415.03 | $698.52 |
| 9 | INDEPENDENCE PLACE COMMUNITY ASSOCIATES »» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-16191-AMC**

| | |
|---|---|
| **SUMMARY** | |

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,606.00 | Current Monthly Payment: | $339.00 |
| Paid to Claims: | $13,057.52 | Arrearages: | $306.00 |
| Paid to Trustee: | $1,239.08 | Total Plan Base: | $19,658.00 |
| Funds on Hand: | $309.40 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.