United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                          Case No. 19-16191-amc
David Labs                                                                                      Chapter 13
Cheryl Labs
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Jun 13, 2024      Form ID: pdf900      Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David Labs, Cheryl Labs, 207 Washington Court, Quakertown, PA 18951-1422 |
| 14409377 | + | Independence Place Community Associates, 200 Madison Court, Quakertown, PA 18951-1420 |
| 14723674 | + | Metropolitan Life, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania 60015-1831 |
| 14503523 | + | Metropolitan Life Insurance, c/o Rebecca Solarz, Esq., 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 14775777 | + | Metropolitan Life Insurance Company, c/o Michael P. Farrington, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14409381 | | State Farm Bank, F.s.b, Attn Credit Reporting, Bloomington, IL 61702 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 14 2024 00:40:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 14 2024 00:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14409373 | | Email/Text: collectors@arresourcesinc.com | Jun 14 2024 00:39:00 | Ar Resources Inc, Pob 1056, Blue Bell, PA 19422 |
| 14583299 | | Email/PDF: bncnotices@becket-lee.com | Jun 14 2024 00:44:08 | Afni, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14408586 | + | Email/Text: ecfbnc@aldridgepite.com | Jun 14 2024 00:39:00 | Aldridge Pite, LLP, Bayview Loan Servicing, c/o Janet M. Spears, 4375 Jutland Dr., Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 14409374 | + | Email/Text: bkmailbayview@bayviewloanservicing.com | Jun 14 2024 00:40:00 | Bayview Loan Servicing, 62516 Collection Center Drive, Chicago, IL 60693-0001 |
| 14409375 | + | Email/Text: bnc-capio@quantum3group.com | Jun 14 2024 00:39:00 | Capio Partners Llc, 2222 Texoma Pkwy, Sherman, TX 75090-2481 |
| 14428976 | | Email/PDF: bncnotices@becket-lee.com | Jun 14 2024 00:44:19 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14409376 | ^ | MEBN | Jun 14 2024 00:18:17 | Fin Recovery, 200 East Park Drive, Mount Laurel, NJ 08054-1297 |
| 14409378 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 14 2024 00:39:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14503277 | ^ | MEBN | Jun 14 2024 00:18:17 | METROPOLITAN LIFE INSURANCE COMPANY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14549629 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 14 2024 00:39:00 | Metropolitan Life Insurance Company, c/o Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL |

Case 19-16191-amc   Doc 103   Filed 06/15/24   Entered 06/16/24 00:37:53   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 13, 2024 | Form ID: pdf900 | Total Noticed: 29 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14437709 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jun 14 2024 00:39:00 | Metropolitan Life Insurance Company, c/o Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1837 |
| 14775445 | ^ | MEBN | Jun 14 2024 00:18:18 | Metropolitan Life Insurance Company, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14888788 | ^ | MEBN | Jun 14 2024 00:18:29 | Metropolitan Life Insurance Company, C/O Steven K. Eisenberg, 1581 Main Street, Ste. 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 14799664 | + | Email/Text: mtgbk@shellpointmtg.com | Jun 14 2024 00:39:00 | Metropolitan Life Insurance Company, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14429173 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 14 2024 00:39:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14481288 | | Email/Text: blegal@phfa.org | Jun 14 2024 00:39:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 14427514 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 14 2024 01:20:10 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14409379 | + | Email/Text: blegal@phfa.org | Jun 14 2024 00:39:00 | Pa Housing Finance Age, 2101 N. Front Street, Harrisburg, PA 17110-1086 |
| 14409380 | ^ | MEBN | Jun 14 2024 00:18:24 | Quality Asset Recovery, 7 Foster Ave, Gibbsboro, NJ 08026-1191 |
| 14414413 | | Email/Text: bnc-quantum@quantum3group.com | Jun 14 2024 00:39:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14435152 | | Email/PDF: bncnotices@becket-lee.com | Jun 14 2024 00:44:43 | State Farm Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 23

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14549628 | | Metropolitan Life Insurance Company, c/o Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor |
| cr | * | Afni, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2024     Signature:     /s/Gustava Winters

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jun 13, 2024 | Form ID: pdf900 | Total Noticed: 29

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| CHRISTOPHER A. DENARDO | on behalf of Creditor Metropolitan Life Insurance Company logsecf@logs.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Bayview Loan Servicing  LLC bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Metropolitan Life Insurance Company bkgroup@kmllawgroup.com |
| PAUL H. YOUNG | on behalf of Joint Debtor Cheryl Labs support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| PAUL H. YOUNG | on behalf of Debtor David Labs support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| STEVEN K. EISENBERG | on behalf of Creditor Metropolitan Life Insurance Company seisenberg@sterneisenberg.com  bkecf@sterneisenberg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| David Labs | |
| Cheryl Labs | Bankruptcy No. 19-16191-AMC |
| Debtors | |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtors' plan shall be refunded to the Debtors unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

Date: June 13, 2024

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE