Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 19-16191-AMC**

David Labs  
Cheryl Labs  
207 Washington Court  
Quakertown  PA    18951

Petition Filed Date: 10/01/2019  
341 Hearing Date: 12/13/2019  
Confirmation Date: 11/18/2020

Case Status: Dismissed After Confirmation on 6/13/2024

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/09/2023 | $340.00 | 6813902723 | 09/13/2023 | $340.00 | 6813902748 | 10/25/2023 | $340.00 | 6813902771 |
| 12/20/2023 | $680.00 | 6813904205 | 02/05/2024 | $340.00 | 6813902826 | 02/29/2024 | $340.00 | 6813902842 |
| 05/28/2024 | $680.00 | 6813904312 | 06/07/2024 | $680.00 | 6813904322 | | | |

**Total Receipts for the Period: $3,740.00   Amount Refunded to Debtor Since Filing: $1,224.00   Total Receipts Since Filing: $18,006.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | David Labs | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $3,750.00 | $3,750.00 | $0.00 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR »» 001 | Unsecured Creditors | $23,745.07 | $0.00 | $23,745.07 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES »» 002 | Unsecured Creditors | $1,842.08 | $0.00 | $1,842.08 |
| 3 | CAPITAL ONE NA »» 003 | Unsecured Creditors | $2,559.69 | $0.00 | $2,559.69 |
| 4 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 004 | Unsecured Creditors | $1,257.91 | $0.00 | $1,257.91 |
| 5 | AFNI INC »» 005 | Unsecured Creditors | $3,239.98 | $0.00 | $3,239.98 |
| 6 | NEWREZ LLC  D/B/A »» 006 | Mortgage Arrears | $7,388.60 | $6,088.71 | $1,299.89 |
| 7 | PHFA-HEMAP »» 007 | Mortgage Arrears | $4,400.00 | $3,625.90 | $774.10 |
| 8 | NEWREZ LLC  D/B/A »» 008 | Mortgage Arrears | $2,113.55 | $1,741.71 | $371.84 |
| 9 | INDEPENDENCE PLACE COMMUNITY ASSOCIATES »» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | AR RESOURCES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | CAPIO PARTNERS LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | FIN RECOVERY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | QUALITY ASSET RECOVERY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | David Labs | Debtor Refunds | $1,224.00 | $1,224.00 | $0.00 |

**Chapter 13 Case No. 19-16191-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,006.00 | Current Monthly Payment: | $339.00 |
| Paid to Claims: | $16,430.32 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,575.68 | Total Plan Base: | $19,658.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.